KALLETT THEATRES, INC., Respondents, v. ELI SOBEL, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GAUGHAN, Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.